# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARINBAKH, individually, on a representative basis, and on behalf of all others similar situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation, And DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  8:19-cv-00155-DOC-ADS<br><br>**ORDER OF DISMISSAL [39]**<br><br><br>Judge:        Hon. David O. Carter<br>Action Filed:     December 7, 2018<br>Date Removed:  January 25, 2019 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action that were raised or could have been raised, and all parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

Dated:  September 24, 2019

_David O. Carter_
Hon. David O. Carter
United States District Judge